UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENIA AREIZA,<br>Plaintiff<br><br>v.<br><br>ALRA CORPORATION d/b/a<br>EL CENTRO TRES and<br>RABIUL ISLAM,<br>Defendants | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendants ALRA Corporation and Rabiul Islam give notice of removal to this Court of the civil action commenced in the Boston Municipal Court, identified below. Defendants deny the allegations contained in the state court pleadings and file this notice of removal without waiving any claims, defenses, exceptions, or obligations that may exist in their favor in state or federal court.  In support of removal, defendants state:

1. Plaintiff Eugenia Areiza ("Plaintiff") filed a complaint against the defendants in the Boston Municipal Court on January 24, 2017, Civil Action No. 2017-01-cv-147.

2. Plaintiff served the Complaint on defendants on February 8, 2017.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint asserts a claim for allegedly unpaid overtime against Defendant under the Fair Labor Standards Act of 1938.  Thus, this is a civil action over which this Court has original "federal question" jurisdiction pursuant to 28 U.S.C. § 1331.

4. In addition, the Court has supplemental jurisdiction over Plaintiff's state law claims under the Massachusetts Wage Act, because those claims arise from the same

controversy that gave rise to Plaintiff's Fair Labor Standards Act claim, namely, Plaintiff's allegation that Defendant failed to properly compensate her for her services as an employee.

5. Attached hereto as <u>Exhibit A</u> is a true and correct copy of all process and pleadings received by Defendant in the State Court Action. *See* 28 U.S.C. § 1446(a).

6. The State Court Action is properly removed to this Court under 28 U.S.C. §§ 1441 and 1446 because it is pending in the Boston Municipal Court, which lies within this District.

7. A true and complete copy of this Notice of Removal will be served this day by overnight mail on the Clerk of the Boston Municipal Court for filing in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached hereto as <u>Exhibit B</u>, the original of which is being filed with the Boston Municipal Court Civil Clerk.

8. A true and accurate copy of this Notice of Removal and a Notice of Filing of Notice of Removal have also been served this day via first class mail upon counsel for Plaintiff.

9. This Notice of Removal is timely because it is being filed within 30 days of the date on which Defendant was served with process in the State Court Action. See 28 U.S.C. § 1446(b).

Respectfully submitted,

ALRA CORPORATION and RABIUL ISLAM,

By their attorneys:

<u>/s/ Emily E. Smith-Lee</u>
Emily E. Smith-Lee (BBO#634223)
esmithlee@slnlaw.com
SLN LAW LLC
10 East Chestnut Street
Sharon, MA 02067
Dated: February 28, 2017  (781) 784-2322